UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANTHONY DANNA, ET AL

VERSUS                                              CIVIL ACTION

TERRY APPLE, ET AL                                  NO. 07-541-JVP-CN

## RULING ON MOTION FOR SUMMARY JUDGMENT

This matter is before the court on an unopposed motion for summary judgment by defendants, Terry Apple, Donald Tusa, James Dousay, Lloyd Scallan, and Hubert Graves (doc. 45). Jurisdiction is based upon 28 U.S.C. § 1331. There is no need for oral argument.

Because the motion is unopposed, the submitted material facts are deemed admitted. Local Rule 56.2. Moreover, the court interprets plaintiffs' failure to oppose as an acknowledgment of the correctness of the arguments made in defendants' memorandum. Accordingly, for the reasons stated therein, the motion (doc. 45) is hereby **GRANTED**.

Baton Rouge, Louisiana, May 19th, 2009

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE
FOR: JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA